848      In re Prudential-Bache Securities, Inc., Real Estate Limited
         Partnerships Securities Litigation

90/04/19   1    MOTION, MEMORANDUM, SCHEDULE OF ACTIONS (A-1 - A-43),
                EXHIBITS, CERT. OF SVC. -- Filed by pltfs. A-31 Robert W.
                Luppi, etc.; A-32 Richard L. Gordon; A-34 Sarah Cohen, et al.
                and A-35 Robert Gustafson, et al. -- SUGGESTED TRANSFEREE
                DISTRICT:  S.D. CALIFORNIA -- SUGGESTED TRANSFER TRANSFEREE
                JUDGE: ? (A-1 - A-30 Are all actions included in MDL-783
                transfereed to S.D. Cal., and assigned to Judge Enright)
                (A-35 - A-43 are some of the actions in MDL-847) (A-31, A-32,
                A-33, and A-34 are civil actions listed solely in this
                litigation) -- (received 4/13/90) (rh)

90/04/19        HEARING ORDER -- Setting motion to transfer for Panel Hearing
                in Sioux Falls, South Dakota on May 31, 1990 -- Notified
                involved judges, clerks and counsel (rh)

90/04/30        APPEARANCES:  SUSAN R. LICHTENSTEIN, ESQ. for Sonnenschein,
                Nath & Rosenthal; THOMAS J. O'CONNELL, ESQ. for Arthur Young
                & Company (now doing business as Ernst & Young); SHIRLI
                FABBRI WEISS, ESQ. for Marshall and Stevens Incorporated;
                WILLIAM R. NEVITT, JR., ESQ. for Sybedon Corporation, Edwin
                J. Glickman, Bertram Lewis and Mitchell Davis;  MARTIN STEIN,
                ESQ. for DRG/Sunchase Partners, Diversified Realty Group,
                Inc., Combs & Company Ltd., Arthur J. Calace, Mark A. Calace,
                Gerald Combs, Gregory Combs, Jeffrey Combs, Carol Durkin,
                Grayside Realty Corp. and Firemen's Insurance Company of
                Newark, New Jersey; MICHAEL J. AGUIRRE, ESQ. for Robert P.
                Lubin, et al.; Robert W. Luppi, et al., Richard L. Gordon, et
                al., Nelson J. Chatelain, et al., Sarah Cohen, et al., and
                Robert Gustafson, et al.; ROBERT J. PERRY, ESQ. for National
                Union Fire Insurance Co. of Pittsburgh, Pa.; JAMES E.
                SPIOTTO, ESQ. for Continental Casualty Company; MARGUERITE M.
                TOMPKINS, ESQ. for Cigna Securities, Inc. (rh)

90/05/01        APPEARANCE:  CHRISTINA R. PFIRRMAN, ESQ. for Industrial
                Indemnity Co.  (cds)

90/05/01        APPEARANCE:  TIMOTHY A. NELSEN, ESQ. for Prudential-Bache
                Sec., Inc. and Prudential-Bache Properties, Inc.;  CHARLES
                HAUGHEY, JR., ESQ. for Wilrock Appraisal & Consultanting,
                Inc.;  CHARLES J. RYAN, JR., ESQ. for Peter R. Morris, Joel
                A. Stone, Chicago Wheaton Partners, and Residential Equities,
                Ltd.;  ANDREW S. KIERSTEAD, ESQ. for CSH-Virgin Isle Hotel
                Ltd. Partnership, Harrison-Freedman Associates, Inc., and
                Clifton S. Harrison  (cds)

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 848 -- In re Prudential-Bache Securities, Inc., Real Estate Limited Partnerships Securities Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 90/05/08 | 2 | RESPONSE (to pldg. #1), MEMORANDUM, EXHIBITS A-E -- eleven defts. DRG/Sunchase Partners, Diversified Realty Group, Inc., Combs & Company Ltd., Arthur J. Calace, Jr., Mark A. Calace, Gerald Combs, Gregory Combs, Jeffrey Combs, Carol Durkin, Grayside Realty Corp., and Firemen's Insurance Co. of Newark, NJ -- w/cert. of service  (cds) |
| 90/05/08 | 3 | RESPONSE (to pldg. #1) -- defts. Sybedon Corporation, Edwin J. Glickman, Mitchell Davis and Bertram Lewis -- w/cert. of service  (cds) |
| 90/05/09 | 4 | RESPONSE -- PRUDENTIAL-BACHE SECURITIES, INC. AND PRUDENTIAL BACHE, INC. (to Pldg. No. 1) w/ Memorandum and cert. of svc. (rew) |
| 90/05/09 | 5 | RESPONSE -- PLAINTIFFS IN N.D. ILLINOIS ACTIONS (to Pldg. No. 1) -- w/cert. of svc. (rew) |
| 90/05/09 | 6 | RESPONSE -- INDUSTRIAL INDEMNITY CO. (to Pldg. No. 1) w/ cert of svc. (rew) |
| 90/05/09 | 7 | RESPONSE -- CONTINENTAL CASUALTY COMPANY (to Pldg. No. 1) w/memorandum and cert. of svc. (rew) |
| 90/05/09 | 8 | RESPONSE -- VMS DEFENDANTS (to Pldg. No. 1) w/Memorandum and cert. of svc. (rew) |
| 90/05/09 | 9 | RESPONSE -- ERNST & YOUNG (to Pldg. No. 1) Attachments 1 and 2 included and cert. of svc. (rew) |
| 90/05/09 | 10 | RESPONSE (to pldg. #1) -- National Union Fire Insurance Co. of Pittsburgh, Pa. -- w/Memorandum, Exhibits A - C, Affidavit of Robert J. Perry, Affidavit of Jack S. Flug and w/cert. of service (cds) |
| 90/05/10 | 11 | RESPONSE (to pldg. #1) -- deft. Wilrock Appraisal & Consulting Co. -- w/cert. of service  (received 5/9/90) (cds) |
| 90/05/14 | 12 | RESPONSE (to pldg. #1) -- deft. CIGNA Securities, Inc. -- w/Exhibit A and cert. of service (received 5/9/90) (cds) |
| 90/05/17 | 13 | LETTER (additional information) w/Attachment -- filed by defts. Arthur J. Calace, Jr., Mark A. Calace, Gerald Combs, Gregory Combs, Jeffrey Combs, Combs & Co., Ltd., DRG/Sunchase Partners, Diversified Realty Group, Inc., Carol Durkin, Firemen's Ins. Co. of Newark, NJ, and Grayside Realty Corp. -- w/cert. of service  (cds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 848 -- In re Prudential-Bache Securiites, Inc., Real Estate Limited Partnerships Securities Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 90/05/30 | 14 | SUPPLEMENTAL AFFIDAVIT -- Robert J. Perry, Esq. counsel for National Union Fire Ins. Co. of Pittsburgh, PA -- w/Exhibit A and cert. of service (cds) |
| 90/05/30 | | HEARING APPEARANCES -- JEFFREY P. LENNARD, ESQ. for VMS Defendants:  VMS Realty, Inc., VMS Realty Partners, VMS Realty Management, Inc., VMS Securities, Inc., VMS Staged Equity II, Inc., VMS Mortgage Company II, VMS National Hotel Partners, VMS Hotel Mortgage, Inc., VMS National Properties, VMS Management, Inc., VMS Mortgage Company, Peter R. Moris, Robert D. Van Kampen, Joel A. Stone, Chicago Wheaton Partners, Van Kampen Stone, Inc. John C. Merritt, Residential Equities, Ltd., Morris/Stone Associates and Brewster Realty, Inc.; HERBERT BEIGEL, ESQ. for Illinois plaintiffs:  Dr. Wilson V. Garrett, John S. Piscotty, Stanley L. Goldberg, Sonny Merrit, Raymond A. McCormick, Joseph G. Iantuono, Jeanette S. Williams, Oscar Spitz, Daniel V. Malloy, William Wilkinson, Anne and Howard Manasse, Marian J. Kitta and Norman Ciment; TIMOTHY A. NELSEN, ESQ. for Prudential-Bache Securities, Inc. and Prudential-Bache Properties, Inc.; MICHAEL J. AGUIRRE, ESQ. for California and New York plaintiffs:  Robert P. Lubin, Richard L. Gordon, Nelson J. Chatelain, Sara Cohen, Robert Gustafson and Robert W. Luppi; MICHAEL D. MOORE, ESQ. for Paul J. Corkery, Ronnie Rone, Max C. Jordan, F.J. Vollmer, Paula Boedeker, Norbert Braeuer, Daley Y. Foster, Billy J. Harris, Bob White, Gordon Flesch and Travis Barton, Jr.; SHIRLI FABBRI WEISS, ESQ. for Marshall and Stevens Inc.; ROBERT J. PERRY, ESQ. for National Union Insurance Co. of Pittsburgh, Pa.; CHRISTINA R. PFIRRMAN, ESQ. for Industrial Indemnity Company; PENNY P. DOMOW, ESQ. for New York defendants:  DRG/Sunchase Partners, Diversified Realty Group, Inc., Combs & Company, Ltd., Arthur J. Calace, Jr., Mark A. Calace, Gerald Combs, Gregory Combs, Jeffrey Combs, Carol Durkin, Grayside Realty Corp. and Firemen's Insurance Company of Newark, New Jersey; THOMAS J. O'CONNELL, ESQ. for Ernst & Young (ds) |
| 90/05/30 | | WAIVERS OF ORAL ARGUMENT -- VMS Realty Investment; VMS Mortgage Company IV; Sonnenschein Nath & Rosenthal; Cigna Securities, Inc.; Cigna Realty Resources, Inc. - Sixth; Laventhol & Horwath; Continental Casualty Company; United States Fidelity & Guaranty Company; Sybedon Corporation, Edwin J. Glickman, Bertram Lewis, Mitchell Davis; CSH-Virgin Isle Hotel Limited Partnership, Harrison-Freedman Associates, Inc. and Clifton s. Harrison; Tucker, Globerman & Feinsand (ds) |

848

| | | |
|---|---|---|
| 90/06/06 | 15 | DECLARATION OF PATRICIA A. MEYER IN OPPOSITION TO MOTION FOR RULE 11 SANCTIONS -- filed by Patricia A. Meyer (counsel for Robert W. Luppi, et al.) w/exhibits A thru C and cert. of svc.  (ds) |
| 90/06/14 | | ORDER DENYING TRANSFER -- of litigation (A-1 - A-43) -- Notified involved judges, clerks, counsel and misc. recipients (sg) |

JPML Form 1

Revised: 8/78

DOCKET NO. <u>848</u> -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: <u>In re Prudential-Bache Securities, Inc., Real Estates Limited Partnerships Securities Litigation</u>

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| May 31, 1990 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | June 14, 1990 | MO | Unpublished | | | |

### Special Transferee Information

DATE CLOSED: <u>June 14, 1990</u>

LISTING OF INVOLVED ACTIONS

JPML FORM 1

DOCKET NO. __848__ -- In re Prudential-Bache Securities, Inc., Real Estate Limited Partnerships Securities
Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Robert P. Lubin, et al. v. Sybedon Corporation, et al. | Cal.,S. Enright | 87-1844-E(IEG) | | | | |
| A-2 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Robert Lubin | Cal.,S. Enright | 88-1671-E(IEG) | | | | |
| A-3 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Vincent Anku | Cal.,S. Enright | 88-1672-E(IEG) | | | | |
| A-4 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. David Clitherow | Cal.,S. Enright | 88-1673-E(IEG) | | | | |
| A-5 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Paul Ferandell, et al. | Cal.,S. Enright | 88-1674-E(IEG) | | | | |
| A-6 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Marie K. Mero | Cal.,S. Enright | 88-1675-E(IEG) | | | | |
| A-7 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Michael Jarcho, et al. | Cal.,S. Enright | 88-1676-E(IEG) | | | | |
| A-8 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Arthur D. Idianer, et al. | Cal.,S. Enright | 88-1677-E(IEG) | | | | |
| A-9 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Edward Graham | Cal.,S. Enright | 88-1678-E(IEG) | | | | |

DOCKET NO._848_ ‑‑In re Prudential‑Bache Securities, Inc., Real Estate Limited Partnerships Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-10 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Alex Friedlaender, etc. | Cal.,S. Enright | 88-1679-E(IEG) | | | | |
| A-11 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Robert W. Luppi | Cal.,S. Enright | 88-1680-E(IEG) | | | | |
| A-12 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Donald Davis | Cal.,S. Enright | 88-1681-E(IEG) | | | | |
| A-13 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Charles W. Kauffman, et al. | Cal.,S. Enright | 88-1682-E(IEG) | | | | |
| A-14 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Edgar A. Lucidi, et al. | Cal.,S. Enright | 88-1683-E(IEG) | | | | |
| A-15 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Edgar S. Everhart | Cal.,S. Enright | 88-1686-E(IEG) | | | | |
| A-16 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Robert D. Kaufman | Cal.,S. Enright | 88-1687-E(IEG) | | | | |
| A-17 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Raymond E. Bierman, et al. | Cal.,S. Enright | 88-1688-E(IEG) | | | | |
| A-18 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. William L. Catron | Cal.,S. Enright | 88-1689-E(IEG) | | | | |
| A-19 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. James F. Rifkin | Cal.,S. Enright | 88-1690-E(IEG) | | | | |

DOCKET NO. 848 -- In re Prudential-Bache Securities, Inc., Real Estate Limited Partnerships Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-20 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Clifford L. Duke, et al. | Cal.,S. Enright | 88-1854-E(IEG) | | | | |
| A-21 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Bryan R. Gerstel | Cal.,S. Enright | 88-1855-E(IEG) | | | | |
| A-22 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Robert E. Boyer | Cal.,S. Enright | 88-1856-E(IEG) | | | | |
| A-23 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Harold Mildenberger | Cal.,S. Enright | 88-1857-E(IEG) | | | | |
| A-24 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Robert W. Hunt | Cal.,S. Enright | 88-1858-E(IEG) | | | | |
| A-25 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Elizabeth M. Toppino | Cal.,S. Enright | 88-1859-E(IEG) | | | | |
| A-26 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. John L. Sagers | Cal.,S. Enright | 89-0215-E(IEG) | | | | |
| A-27 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Peter J. Kanavos, et al. | Cal.,S. Enright | 89-1860-E(IEG) | | | | |
| A-28 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Glenn F. Santmire | Cal.,S. Enright | 89-0216-E(IEG) | | | | |
| A-29 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Raymond E. Wilson | Cal.,S. Enright | 88-1861-E(IEG) | | | | |

JBML FORM 1 -- Continuation ⊕

DOCKET NO. 848 -- In re Prudential-Bache Securites, Inc., Real Estate Limited Partnerships Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-30 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Sidney Friedlaender, et al. | Cal.,S. Enright | 90-0249-E(IEG) | | | | |
| A-31 | Robert W. Luppi, etc. v. DRG/Sunchase Partners, et al. | N.Y., S. ~~Cal.,S. Keep~~ Ward | ~~89-1009-K(BTM)~~ 90-CIV 3600 (RJW) | | | | |
| A-32 | Richard L. Gordon, et al. v. CSH-Virgin Isle Hotel Limited Partnership, et al. | Cal.,S. Keep | 89-1431-K(BTM) | | | | |
| A-33 | Nelson J. Chatelain, et al. v. Prudential-Bache Securities, Inc., et al. | Cal.,S. Irving | 89-1958-JLI(M) | | | | |
| A-34 | Sara Cohen, et al. v. Prudential-Bache Securities, Inc., et al. | Cal.,S. Enright | 90-0101-E(CM) | | | | |
| A-35 | Robert Gustafson, et al. v. Prudential-Bache Securities, Inc., et al. | Cal.,S. Enright | 90-0195-E(IEG) | | | | |
| A-36 | Jeanette S. Williams, et al. v. Prudential-Bache Properties, Inc., et al. | Ill.,N. Zagel | 90-C-0844 | | | | |
| A-37 | Oscar Spitz, etc. v. Prudential-Bache Properties, Inc., et al. | Ill.,N. Zagel | 90-C-0866 | | | | |
| A-38 | Oscar Spitz, etc. v. Prudential-Bache Securities, Inc., et al. | Ill.,N. Zagel | 90-C-0879 | | | | |
| A-39 | Anne Manasse, et al. v. Prudential-Bache Securities, Inc., et al. | Ill.,N. Zagel | 90-C-1230 | | | | |

DOCKET NO. 848    -- In re Prudential-Bache Securities, Inc., Real Estate Limited Partnerships Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-40 | Anne Manasse, et al. v. Prudential-Bache Securities, Inc., et al. | Ill.,N. Zagel | 90-C-1357 | | | | |
| A-41 | John S. Piscotty, etc. v. Prudential-Bache Securities, Inc., et al. | Ill.,N. Zagel | 90-C-1429 | | | | |
| A-42 | Stanley L. Goldberg, et al. v. Prudential-Bache Securities, Inc., et al. | Ill.,N. Zagel | 90-C-1616 | | | | |
| A-43 | William Wilkinson, et al. v. Prudential-Bache Properties, Inc., et al. | Ill.,N. Zagel | 90-C-1617 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  848  --  In re Prudential-Bache Securities, Inc., Real Estate Limited

Partnerships Securities

---

ROBERT P. LUBIN, ET AL. (A-1)
ROBERT W. LUBIN, ET AL. (A-31)
RICHARD L. GORDON, ET AL. (A-32)
NELSON J. CHATELAIN, ET AL. (A-33)
SARAH COHEN, ET AL. (A-34)
ROBERT GUSTAFSON, ET AL. (A-35)
Michael J. Aguirre, Esq.
Aguirre & Meyer
1060 Eight Avenue, Suite 300
San Diego, California  92101


NATIONAL UNION FIRE INSURANCE CO. OF
  PITTSBURGH, PA. (A-2 - A-30)
Robert J. Perry, Esq.
Perry & Windels
80 Broad Street
New York, New York  10004


JEANETTE S. WILLIAMS, ET AL. (A-36)
OSCAR SPITZ, ETC. (A-37 & A-38)
ANNE MANASSE, ET AL. (A-39 & A-40)
JOHN S. PISCOTTY, ETC. (A-41)
STANLEY L. GOLDBERG, ET AL. (A-42)
WILLIAM WILKINSON, ET AL. (A-43)
Ronald A. Schy, Esq.   (No App. Rec.'d)
Beigel & Sandler
333 West Wacker Drive, Suite 650
Chicago, Illinois  60606


ARTHUR YOUNG & COMPANY (NOW DOING BUSINES
  AS ERNST & YOUNG)
Thomas J. O'Connell, Esq.
Ernst & Young
277 Park Avenue
New York, New York  10172

CONTINENTAL CASUALTY COMPANY
James E. Spiotto, Esq.
Chapman & Cutler
111 West Monroe Street
Chicago, Illinois  60603


CSH-VIRGIN ISLE HOTEL LIMITED
  PARTNERSHIP
CLIFTON S. HARRISON
HARRISON FREEDMAN ASSOCIATES, INC.
Andrew S. Kierstead, Esq.
Christensen, White, Miller, Fink
  & Jacobs
2121 Avenue of the Stars
18th Floor
Los Angeles, California  90067


HALL MANAGEMENT CORPORATION
Dan L. Stanford, Esq.   (No App. Rec'd)
Lillick & McHose
101 West Broadway, 18th Floor
San Diego, California  92101


INDUSTRIAL INDEMNITY COMPANY
Christina R. Pfirrman, Esq.
Brobeck, Phleger & Harrison
One Market Plaza
Spear Street Tower
San Francisco, California  94105


BREWSTER REALTY, INC.
ROBERT D. VAN KAMPEN
Mr. Charles W. Siragusa
Corwley Barrett & Karaba, Ltd.
Two First National Plaza, Suite 2310
Chicago, Illinois  60603-1802

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __2____

DOCKET NO. __848___ -- _____

---

CIGNA SECURITIES, INC.
Marguerite M. Thompkins, Esq.
Jenner & Block
One IBM Plaza
Chicago, Illinois  60611


HOWARD JACKSON ASSOCIATES, INC.  (No App.
Howard Jackson Associates, Inc.   Rec'd)
36 West 44th Street
New York, New York  10036


LAVENTHOL & HORWATH
Thomas M. Shoesmith, Esq.
Baker & McKenzie
101 West Broadway, 12th Floor
San Diego, California  92101


MITCHELL DAVIS
EDWIN J. GLICKMAN
BERTRAM LEWIS
SYBEDON CORPORATION
William R. Nevitt, Jr., Esq.
Wright & L'Estrange
701 B Street, Suite 1550
San Diego, California  92101


MARSHALL AND STEVENS INCORPORATED
Shirli Fabbri Weiss, Esq.
Gray, Cary, Ames & Frye
401 B Street, Suite 1700
San Diego, California  92101


SONNENSCHEIN, NATH & ROSENTHAL
Susan R. Lichtenstein, Esq.
Schiff, Hardin & Waite
7200 Sears Tower
233 South Wacker Drive
Chicago, Illinois  60606


PETER R. MORRIS
JOEL A. STONE
CHICAGO WHEATON PARTNERS
RESIDENTIAL EQUITIES, LTD.
Charles J. Ryan, Jr., Esq.
Sachnoff & Weaver, Ltd.
30 South Wacker Drive
Suite 2900
Chicago, Illinois  60606


PRUDENTIAL-BACHE PROPERTIES, INC.
PRUDENTIAL-BACHE SECURITIES, INC.
Timothy A. Nelsen, Esq.
Skadden, Arps, Slate, Meagher
  & Flom
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606


PANNELL KERR FORSTER
Michael D. Dempsey, Esq.  (No App. Rec'd)
Myerson & Kuhn
2029 Century Park East
Suite 1900
Los Angeles, California  90067


TGF INVESTORS
TUCKER, GLOBERMAN & FEINSAND
Leonard Sharenow, Esq.
Sharenow & Corbin
10390 Santa Monica Boulevard
Suite 340
Los Angeles, California  90025

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 3

DOCKET NO. 848 ____ -- _____

| | |
|---|---|
| **WILROCK APPRAISAL & CONSULTING, INC.**<br>Charles S. Haughey, Jr., Esq.<br>Kingle, Rodiger & Spriggs<br>1620 Fifth Avenue, Suite 900<br>San Diego, California 92101 | ARTHUR J. CALACE, JR.<br>MARK A. CALACE<br>GERALD COMBS<br>GREGORY COMBS<br>JEFFREY COMBS<br>COMBS & COMPANY LTD.<br>DRG/SUNCHASE PARTNERS<br>DIVERSIFIED REALTY GROUP, INC.<br>CAROL DURKIN<br>FIREMEN'S INSURANCE COMPANY OF NEWARK,<br>  NEW JERSEY |
| ROBERT E. BOYER<br>CLIFFORD L. DUKE<br>MARY H. DUKE<br>BRYAN R. GERSTEL<br>James G. Simms, Esq.  (No App. Rec'd)<br>415 Madison Avenue<br>Suite 700<br>New York, New York 10017 | **GRAYSIDE REALTY CORP.**<br>Martin Stein, Esq.<br>Parker, Duryee, Rosoff & Haft<br>529 Fifth Avenue<br>New York, New York 10017 |
| VMS REALTY INVESTMENT<br>VMS MORTGAGE COMPANY IV<br>VMS MORTGAGE INVESTORS L.P.<br>W. Gordon Dobie, Esq.  (No App. Rec'd)<br>Winston & Strawn<br>35 West Wacker Drive<br>Chicago, Illinois 60601 | VINCENT ANKU<br>WILLIAM L. CATRON<br>DAVID CLITHEROW<br>MARILYNN T. BIERMAN<br>RAYMOND E. BIERMAN<br>DONALD DAVIS<br>EDGAR S. EVERHART<br>E. ELAINE FERANDELL<br>PAUL FERANDELL |
| ALBUQUERQUE/SAN PEDRO OFFICE PARK<br>  ASSOCIATES<br>JOHN C. MERRITT<br>MORRIS/STONE ASSOCIATES<br>RESORT RETIREMENT PROPERTIES ASSOCIATES<br>THE CONGREGATE LIVING PARTNERSHIP<br>VMS HOTEL MORTGAGE, INC.<br>VMS MORTGAGE COMPANY II<br>VMS NATIONAL HOTEL PARTNERS<br>VMS REALTY, INC.<br>VMS REALTY MANAGEMENT, INC.<br>VMS SECURITIES, INC.<br>VAN KAMPEN STONE, INC.<br>Jeffrey P. Lennard, Esq.  (No App. Rec'd)<br>Sonnenschein, Nath & Rosenthal<br>8000 Sears Tower<br>Chicago, Illinois 60606 | ALEX FRIEDLAENDER, TRUSTEE FOR LIVING<br>  TRUST<br>DOROTHY FRIEDLAENDER<br>SIDNEY FRIEDLAENDER<br>EDWARD GRAHAM<br>ROBERT W. HUNT<br>ARTHUR D. INDIANER<br>SIMON S. INDIANER<br>JUDITH JARCHO<br>MICHAEL JARCHO<br>ALICE KANAVOS<br>PETER J. KANAVOS<br>CAROL A. KAUFFMAN<br>CHARLES W. KAUFFMAN<br>ROBERT D. KAUFMAN<br>EDGAR A. LUCIDI<br>ROSE MARIE LUCIDI<br>MAIRE K. MERO<br>HAROLD MILDENBERGER<br>JAMES F. RIFKIN<br>ELIZABETH M. TOPPINO<br>JOHN L. SAGERS<br>GLENN F. SANTMIRE<br>RAYMOND E. WILSON<br>Richard Gold, Esq.  (No App. Rec'd)<br>Sylvor, Schneer, Gold & Morelli<br>601 Third Avenue<br>New York, New York 10158 |

Case MDL No. 848   Document 1   Filed 06/16/15   Page 14 of 23

DOCKET NO. ___848___  --  _____

FINANCIAL GUARANTY ASSOCIATES
THE SPRINGS MANAGEMENT COMPANY
VAN KAMPEN MERRITT, INC.
Unable to Determine Counsel or Address

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 848 -- In re Prudential-Bache Securities, Inc., Real Estate Limited
Partnerships Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Sybedon Corporation | A-1, A-33, A-34 |
| Bertram Lewis | A-1, A-33, A-34 |
| Edwin J. Glickman | A-1, A-33, A-34 |
| Mitchell Davis | A-1, A-33, A-34 |
| Prudential-Bache Securities, Inc. | A-1, A-31, A-32, A-33, A-34, A-35, A-36, A-37, A-38, A-39, A-40, A-41, A-42, A-43 |
| Pannell Kerr Forster | A-1 |
| Wilrock Appraisal & Consulting, Inc. | A-1, A-33, A-34 |
| National Union Fire Insurance Co. of Pittsburgh, Pa. | A-1, A-33, A-34 |
| Robert W. Lubin | A-2, A-11 |
| Vincent Anku | A-3 |
| David Clitherow | A-4 |

p. 2

| | |
|---|---|
| Paul Ferandell | A-5 |
| E. Elaine Ferandell | A-5 |
| Maire K. Mero | A-6 |
| Michael Jarcho | A-7 |
| Judith Jarcho | A-7 |
| Arthur D. Indianer | A-8 |
| Simon S. Indianer | A-8 |
| Edward Graham | A-9 |
| Alex Friedlaender, Trustee for Living Trust | A-10 |
| Donald Davis | A-12 |
| Charles W. Kauffman | A-13 |

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __848__ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Carol A. Kauffman | A-13 |
| Edgar A. Lucidi | A-14 |
| Rose Marie Lucidi | A-14 |
| Edgar S. Everhart | A-15 |
| Robert D. Kaufman | A-16 |
| Raymond E. Bierman | A-17 |
| Marilynn T. Bierman | A-17 |
| William L. Catron | A-18 |
| James F. Rifkin | A-19 |
| Clifford L. Duke | A-20 |
| Mary H. Duke | A-20 |

p. ___4___

| | |
|---|---|
| Bryan R. Gerstel | A-21 |
| Robert E. Boyer | A-22 |
| Harold Mildenberger | A-23 |
| Robert W. Hunt | A-24 |
| Elizabeth M. Toppino | A-25 |
| John L. Sagers | A-26 |
| Peter J. Kanavos | A-27 |
| Alice Kanavos | A-27 |
| Glenn F. Santmire | A-28 |
| Raymond E. Wilson | A-29 |
| Sidney Friedlaender | A-30 |

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 848  -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Dorothy Friedlaender | A-30 |
| DRG/Sunchase Partners | A-31 |
| Diversified Realty Group, Inc. | A-31 |
| Combs & Company Ltd. | A-31 |
| Arthur J. Calace, Jr. | A-31 |
| Mark A. Calace | A-31 |
| Gerald Combs | A-31 |
| Gregory Combs | A-31 |
| Jeffrey Combs | A-31 |
| Carol Durkin | A-31 |
| Grayside Realty Corp. | A-31 |

p.  6

| | |
|---|---|
| Hall Management Corporation | A-31 |
| Prudential-Bache Properties, Inc. | A-31, A-33, A-34, A-35, A-36, A-37, A-43 |
| Arthur Young  and Company | A-31 |
| Tucker, Globerman & Feinsand | A-31, A-32 |
| Firemen's Insurance Company of Newark, New Jersey | A-31 |
| CSH-Virgin Isle Hotel Limited Partnership | A-32 |
| Clifton S. Harrison | A-32 |
| Harrison Freedman Associates, Inc. | A-32 |
| TGF Investors | A-32 |
| Laventhol & Horwath | A-32 , A-33, A-34, A-35, |
| VMS Realty Partners | A-35, A-37, A-38, A-42, A-36, A-43 |

Case MDL No. 848   Document 1   Filed 06/16/15   Page 21 of 23

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 848 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Residential Equities, Ltd. | A-35, A-36, A-37, A-38, A-39, A-40, A-41, A-42, A-43 |
| Van Kampen Stone, Inc. | A-35, A-37, A-38, A-40, A-42, |
| Chicago Wheaton Partners | A-35, A-37, A-38, |
| Marshall And Stevens | A-35, A-43 |
| Peter R. Morris | A-35, A-36, A-37, A-38, A-39, A-40,  A-41, A-42, A-43 |
| Joel A. Stone | A-35, A-36, A-37, A-38, A-39, A-40, A-41, A-42, A-43 |
| Rober A. Van Kampen | A-35, A-36, A-37, A-38, A-39, A-40, A-41, A-42, A-43 |
| VMS Realty, Inc. | A-35, A-36, A-37, A-38, A-39, A-40, A-41, |
| VMS Hotel Mortgage, Inc. | A-36, |
| Cigna Securities, Inc. | A-36, |
| Morris/Stone Associates | A-36, |

| | |
|---|---|
| VMS National Hotel Partners | A-36, |
| Brewster Realty | A-36, A-43 |
| VMS Realty Management, Inc. | A-36, A-37, A-40, A-42, A-43 |
| VMS Securities, Inc. | A-36,A-38, A-43 |
| Continental Casualty Co. | A-36, |
| Industrial Indemnity Company | A-37 |
| Financial Guaranty Associates | A-37 |
| John C. Merritt | A-38, A-42 |
| VMS Mortgage Company II | A-38 , |
| Howard Jackson Associates, Inc. | A-39, A-41, |
| Albuquerque/San Pedro Office Park Associates | A-41 |

JPML FORM 3

p. 9

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __848__ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Van Kampen Merritt, Inc. | A-42 |
| The Congregate Living Partnership | A-43 |
| Resort Retirement Properties Associates | A-43 |
| VMS Realty Investment | A-43 |
| VMS Mortgage Company IV | A-43 |
| VMS Mortgage Investors L.P. | A-43 |
| The Springs Management Company | A-43 |
| Sonnenschein, Nath & Rosenthal | A-35 |
| | |
| | |
| | |