JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUN 14 1990

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 848

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PRUDENTIAL-BACHE SECURITIES, INC., REAL ESTATE LIMITED PARTNERSHIPS SECURITIES LITIGATION

ORDER DENYING TRANSFER

    This litigation consists of 43 actions currently pending in three federal districts as follows: 34 actions in the Southern District of California;[1] eight actions in the Northern District of Illinois;[2] and one action in the Southern District of New York York.[3] Before the Panel is a motion by plaintiffs in five California and the New York actions to centralize the actions in this docket, pursuant to 28 U.S.C. §1407, in the Southern District California for coordinated or consolidated pretrial proceedings. All responding parties oppose the motion. Several defendants in the New York action also seek sanctions against movants' counsel under Fed.R.Civ.P. Rule 11.

    On the basis of the papers filed and the hearing held, the Panel finds that centralization under Section 1407 would neither serve the convenience of the parties and witnesses nor promote the just and efficient conduct of this litigation. While these actions involve some questions of fact concerning the role of Prudential-Bache Securities, Inc. in the marketing of real estate limited partnerships (RELPs), we are persuaded that a major focus of these actions, which involve various RELP sponsors, is the factual inquiry into each sponsor's activities rather than into the activities of one of several securities firms which marketed these RELPs. See In re VMS Real Estate Partnerships Securities Litigation, MDL-847 (J.P.M.L. June 14, 1990) (unpublished order).

---

[1] Thirty of these actions have already been centralized by the Panel in In re U.S. Grant Hotel Associates Securities Litigation, MDL-783 (J.P.M.L. October 24, 1988) (unpublished order). Twenty-nine of these actions were originally filed in the Southern District of New York.

[2] These eight Illinois actions were also included in the motion for Section 1407 centralization in MDL-847, In re VMS Real Estate Limited Partnerships Securities Litigation. That motion was granted in an order filed today.

[3] This action, Robert W. Luppi, et al. v. DRG/Sunchase Partners, et al., S.D. New York, 90-CIV-3600(RJW), was recently transferred pursuant to 28 U.S.C. §1404(a) from the Southern District of California to the Southern District of New York.

Several defendants also seek sanctions under Fed.R.Civ.P. Rule 11 against movants' counsel on the ground that counsel misrepresented the status of one action before the Panel that had been pending in the Southern District of California, but was recently transferred, pursuant to 28 U.S.C. §1404(a), to the Southern District of New York. Although diligent counsel should have notified the Panel of the changed venue of this action, we are not persuaded that counsel's representation was an attempt to mislead the Panel regarding the status of this action.

IT IS THEREFORE ORDERED that the motion, pursuant to 28 U.S.C. §1407, for centralization of the actions listed on the attached Schedule A be, and the same hereby is DENIED. IT IS FURTHER ORDERED that defendants' motion for sanctions is DENIED.

FOR THE PANEL:

Robert H. Schnacke
Judge of the Panel

SCHEDULE A

MDL-848 -- In re Prudential-Bache Securities, Inc., Real
          Estate Limited Partnerships Securities Litigation

Southern District of California

Robert P. Lubin, et al. v. Sybedon Corporation, et al.,
  C.A. No. 87-1844-E(IEG)
National Union Fire Insurance Co. of Pittsburgh, Pa. v.
  Robert Lubin, C.A. No. 88-1671-E(IEG)
National Union Fire Insurance Co. of Pittsburgh, Pa. v.
  Vincent Anku, C.A. No. 88-1672-E(IEG)
National Union Fire Insurance Co. of Pittsburgh, Pa. v.
  David Clitherow, C.A. No. 88-1673-E(IEG)
National Union Fire Insurance Co. of Pittsburgh, Pa. v.
  Paul Ferandell, et al., C.A. No. 88-1674-E(IEG)
National Union Fire Insurance Co. of Pittsburgh, Pa. v.
  Marie K. Mero, C.A. No. 88-1675-E(IEG)
National Union Fire Insurance Co. of Pittsburgh, Pa. v.
  Michael Jarcho, et al., C.A. No. 88-1676-E(IEG)
National Union Fire Insurance Co. of Pittsburgh, Pa. v.
  Arthur D. Idianer, et al., C.A. No. 88-1677-E(IEG)
National Union Fire Insurance Co. of Pittsburgh, Pa. v.
  Edward Graham, C.A. No. 88-1678-E(IEG)



National Union Fire Insurance Co. of Pittsburgh, Pa. v.
  Alex Friedlaender, etc., C.A. No. 88-1679-E(IEG)
National Union Fire Insurance Co. of Pittsburgh, Pa. v.
  Robert W. Luppi, C.A. No. 88-1680-E(IEG)
National Union Fire Insurance Co. of Pittsburgh, Pa. v.
  Donald Davis, C.A. No. 88-1681-E(IEG)
National Union Fire Insurance Co. of Pittsburgh, Pa. v.
  Charles W. Kauffman, et al., C.A. No. 88-1682-E(IEG)
National Union Fire Insurance Co. of Pittsburgh, Pa. v.
  Edgar A. Lucidi, et al., C.A. No. 88-1683-E(IEG)
National Union Fire Insurance Co. of Pittsburgh, Pa. v.
  Edgar S. Everhart, C.A. No. 88-1686-E(IEG)
National Union Fire Insurance Co. of Pittsburgh, Pa. v.
  Robert D. Kaufman, C.A. No. 88-1687-E(IEG)
National Union Fire Insurance Co. of Pittsburgh, Pa. v.
  Raymond E. Bierman, et al., C.A. No. 88-1688-E(IEG)
National Union Fire Insurance Co. of Pittsburgh, Pa. v.
  William L. Catron, C.A. No. 88-1689-E(IEG)
National Union Fire Insurance Co. of Pittsburgh, Pa. v.
  James F. Rifkin, C.A. No. 88-1690-E(IEG)
National Union Fire Insurance Co. of Pittsburgh, Pa. v.
  Clifford L. Duke, et al., C.A. No. 88-1854-E(IEG)
National Union Fire Insurance Co. of Pittsburgh, Pa. v.
  Bryan R. Gerstel, C.A. No. 88-1855-E(IEG)
National Union Fire Insurance Co. of Pittsburgh, -Pa. v.
  Robert E. Boyer, C.A. No. 88-1856-E(IEG)
National Union Fire Insurance Co. of Pittsburgh, Pa. v.
  Harold Mildenberger, C.A. No. 88-1857-E(IEG)

Southern District of California (continued)

<u>National Union Fire Insurance Co. of Pittsburgh, Pa. v. Robert W. Hunt</u>, C.A. No. 88-1858-E(IEG)
<u>National Union Fire Insurance Co. of Pittsburgh, Pa. v. Elizabeth M. Toppino</u>, C.A. No. 88-1859-E(IEG)
<u>National Union Fire Insurance Co. of Pittsburgh, Pa. v. John L. Sagers</u>, C.A. No. 89-0215-E(IEG)
<u>National Union Fire Insurance Co. of Pittsburgh, Pa. v. Peter J. Kanavos, et al.</u>, C.A. No. 89-1860-E(IEG)
<u>National Union Fire Insurance Co. of Pittsburgh, Pa. v. Glenn F. Santmire</u>, C.A. No. 89-0216-E(IEG)
<u>National Union Fire Insurance Co. of Pittsburgh, Pa. v. Raymond E. Wilson</u>, C.A. No. 88-1861-E(IEG)
<u>National Union Fire Insurance Co. of Pittsburgh, Pa. v. Sidney Friedlaender, et al.</u>, C.A. No. 90-0249-E(IEG)
<u>Richard L. Gordon, et al. v. CSH-Virgin Isle Hotel Limited Partnership, et al.</u>, C.A. No. 89-1431-K(BTM)
<u>Nelson J. Chatelain, et al. v. Prudential-Bache Securities, Inc., et al.</u>, C.A. No. 89-1958-JLI(M)
<u>Sarah Cohen, et al. v. Prudential-Bache Securities, Inc., et al.</u>, C.A. No. 90-0101-E(CM)
<u>Robert Gustafson, et al. v. Prudential-Bache Securities, Inc., et al.</u>, C.A. No. 90-0195-E(IEG)

Northern District of Illinois

<u>Jeanette S. Williams, et al. v. Prudential-Bache Properties, Inc., et al.</u>, C.A. No. 90-C-0844
<u>Oscar Spitz, etc. v. Prudential-Bache Properties, Inc., et al.</u>, C.A. No. 90-C-0866
<u>Oscar Spitz, etc. v. Prudential-Bache Securities, Inc., et al.</u>, C.A. No. 90-C-0879
<u>Anne Manasse, et al. v. Prudential-Bache Securities, Inc., et al.</u>, C.A. No. 90-C-1230
<u>Anne Manasse, et al. v. Prudential-Bache Securities, Inc., et al.</u>, C.A. No. 90-C-1357
<u>John S. Piscotty, etc. v. Prudential-Bache Securities, Inc., et al.</u>, C.A. No. 90-C-1429
<u>Stanley L. Goldberg, et al. v. Prudential-Bache Securities, Inc., et al.</u>, C.A. No. 90-C-1616
<u>William Wilkinson, et al. v. Prudential-Bache Properties, Inc., et al.</u>, C.A. No. 90-C-1617

Southern District of New York

<u>Robert W. Luppi, etc. v. DRG/Sunchase Partners, et al.</u>, C.A. No. 90-CIV-3600(RJW)